(C.D. 3709)

HUDSON SHIPPING CO., INC.
FRITZSCHE BROTHERS, INC., ET AL. } *v.* UNITED STATES

United States Customs Court, Third Division

(Decided February 17, 1969)

Plaintiff not represented by counsel.
*William D. Ruckelshaus*, Assistant Attorney General, for the defendant.

Before RICHARDSON, LANDIS, and ROSENSTEIN, Judges

ROSENSTEIN, Judge: When these cases were called for trial, there was no appearance by or on behalf of plaintiffs and defendant moved to dismiss said actions for failure to prosecute. As examination of the court files discloses that the protests were not filed within the 60-day period provided by section 514, Tariff Act of 1930, they are dismissed as untimely.

IT IS HEREBY ORDERED that said protests be dismissed.